# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Hudson,                                          Case No. 4:17CV00321

    Petitioner,

v.                                                       JUDGMENT ENTRY

Kimberly Clipper, Warden,

    Respondent.

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. The petitioner's objection to the Magistrate Judge's Report and Recommendation (Doc. 15) be, and the same hereby is, overruled;

2. The Magistrate Judge's Report and Recommendation (Doc. 14) be, and the same hereby is, adopted as the order of this court;

3. The petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied; and

4. No Certificate of Appealability shall issue.

So ordered.

                                              /s/ James G. Carr
                                              Sr. U.S. District Judge